# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:23-cr-6 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| ELIJAH MATTHEW DEAN ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 30) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts One and Four of the four count Indictment; (2) accept Defendant's guilty plea to Counts One and Four of the four count Indictment; (3) adjudicate Defendant guilty of sexual exploitation of children in violation of 18 U.S.C. § 2251(a); (4) adjudicate Defendant guilty of possession of material constituting or containing child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2); and (5) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 30) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Counts One and Four of the four count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Counts One and Four of the four count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of sexual exploitation of children in violation of 18 U.S.C. § 2251(a);

4. Defendant is hereby **ADJUDGED** guilty of possession of material constituting or containing child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2); and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **May 24, 2024, at 9:00 a.m.**

**SO ORDERED.**

>  /s/ *Travis R. McDonough*
>  **TRAVIS R. MCDONOUGH**
>  **UNITED STATES DISTRICT JUDGE**